**This order is SIGNED.**

 

**Dated: May 27, 2018**

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

*sip*

**Order Prepared By:**
John W Christiansen (13174)
McKell Christiansen Wise PLLC
Attorneys for the Debtor
642 Kirby Lane, STE 105
Spanish Fork, UT 84660
801-798-4656
john@mckellchristiansen.com

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| In Re: Andres Ramirez<br><br>    Debtor. | Case No.: 18-21656<br><br>Chapter: 7<br><br>Hon. William T. Thurman |

### ORDER ON MOTION TO VACATE DISMISSAL

This matter came before The Court on the Debtor's Motion to vacate the dismissal for late payment of the filing fees, presented by their Counsel John Christiansen. No timely objections to the Motion were filed.

The Court, having fully familiarized itself with the record and being fully advised and for good cause appearing at its premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1) The Debtor's Motion is Granted.

2) The dismissal for a late interim payment is vacated.

3) The 341 Meeting of Creditors shall be rescheduled.

4) The deadline to object to the Debtor's discharge shall be extended to 60 days after the rescheduled 341 meeting.

5) The deadline to object to the Debtor's exemptions shall be extended to 30 days after the rescheduled 341 meeting.

--END OF DOCUMENT—

Local Bankruptcy Form 9022-1

DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER ON MOTION TO VACATE DISMISSAL** shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

U.S. Trustee (USTPRegion19.SK.ECF@usdoj.gov)

Chapter 7 Trustee (ECF Notification)

**By U.S. Mail** - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

All entities on the Matrix, except those designated for electronic service.

/s/ John Christiansen